# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GREGORY DOUGLAS STONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-789-ALM-KPJ |
| | § | |
| FINRA and ROBERT W. COOK, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report") (Dkt. #40), this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636.  In the Report, the Magistrate Judge recommended that Defendants FINRA and Robert W. Cook's ("Defendants") Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support (the "Amended Motion to Dismiss") (Dkt. #32) be granted, and Plaintiff's claims in this matter be dismissed with prejudice.  On September 5, 2023, Plaintiff filed Objections (Dkt. #41) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge.  Accordingly, Plaintiff's Objections (Dkt. #41) are **OVERRULED** and the Magistrate Judge's Report (Dkt. #40) is **ADOPTED** as the findings and conclusions of the Court.

**IT IS ORDERED** that the Amended Motion to Dismiss (Dkt. #32) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED this 25th day of September, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE